[No. 7653-1-I.   Division One.   September 22, 1980.]

MIKE SOUMBANIOTIS, *Respondent,* v. WALCLAW
KOROLAK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 846335, Edward E. Henry, J. Pro Tem.,
entered April 30, 1979. *Affirmed* by unpublished opinion
per Callow, C.J., concurred in by Pearson and Ringold, JJ.

[No. 7966-2-I.   Division One.   September 22, 1980.]

THE CITY OF SEATTLE, *Respondent,* v.
JACK ZEKTZER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90471, Gerard M. Shellan, J., entered August
24, 1979. *Affirmed* by unpublished opinion per James,
A.C.J., concurred in by Andersen and Durham–Divelbiss,
JJ.

[No. 3699-5-III.   Division Three.   September 23, 1980.]

THE CITY OF SPOKANE, *Appellant,* v. CHARLES J.
POTTER, JR., *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-2-00330-6, Harold D. Clarke, J.,
entered March 12, 1979. *Affirmed* by unpublished opinion
per Roe, J., concurred in by McInturff, J., Green, C.J.,
dissenting.